IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

v.   Case Nos.  1:09cr2-MW/GRJ
       and 1:12cv83-MW/GRJ

MICAH C. PEACOCK,

    Defendant.

_____/

ORDER ACCEPTING AND ADOPTING REPORT AND
RECOMMENDATION

This Court has considered the Magistrate's Report and Recommendation, ECF No. 100.  Upon consideration, no objection having been filed by Defendant,

IT IS ORDERED:

The report and recommendation is **accepted and adopted** as this Court's opinion.

The Clerk shall enter judgment stating, "The motion to vacate, set aside or correct sentence, ECF No. 92, is **DENIED**.  A certificate of appealability is **DENIED**."  The Clerk shall close the file.

SO ORDERED on November 5, 2014.

                                              s/Mark E. Walker
                                              **United States District Judge**